# United States District Court
# For The Western District of North Carolina
# Statesville Division

DOUGLAS WAYNE MERCK,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      5:06CV19

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/2/2006 Order.

                                        Signed: February 2, 2006

                                        Frank G. Johns, Clerk
                                        United States District Court