# United States District Court
# For The Western District of North Carolina
# Statesville Division

DOUGLAS WAYNE MERCK,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:06CV19

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/2/2006 Order.

Signed: February 2, 2006

Frank G. Johns, Clerk
United States District Court